**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

| | | |
|---|---|---|
| WILLIAM WEDDENDORF and PEGGY WEDDENDORF, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 2:24-cv-02118 |
| CREDENCE RESOURCE MANAGEMENT, LLC, | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiffs, WILLIAM WEDDENDORF and PEGGY WEDDENDORF ("Plaintiffs"), by and through their attorneys, inform this Honorable Court that Plaintiffs and Defendant, CREDENCE RESOURCE MANAGEMENT, LLC, have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, with prejudice, within 60 days.

March 6, 2024 RESPECTFULLY SUBMITTED,

By: /s/ Shireen Hormozdi

Shireen Hormozdi
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
shireen@norcrosslawfirm.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on March 6, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By:_/s/ Shireen Hormozdi___
Shireen Hormozdi